# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**KERA FLIPPO, *ET AL.***                                                            **PLAINTIFFS**

VS.                                 **3:17-CV-00274-BRW**

**MARGO BROENING**                                                             **DEFENDANT**

## ORDER

Pending are Plaintiffs' Motion for Summary Judgment (Doc. No. 9) and Defendant's Motion for Extension of Time to Respond (Doc. No. 10).

Plaintiffs contend that Defendant was named as her brother's life insurance beneficiary solely for the purpose of being a trustee for his three children. Defendant denies this allegation, and there is nothing, in writing, definitively supporting Plaintiffs' position. Clearly, there are material facts in dispute making summary judgment inappropriate in this case.

Accordingly, the Plaintiffs' Motion for Summary Judgment (Doc. No. 9) is DENIED and Defendant's Motion for Extension of Time to Respond (Doc. No. 10) is MOOT.

IT IS SO ORDERED this 6th of February, 2018.

                                                            /s/ Billy Roy Wilson_____
                                                            UNITED STATES DISTRICT JUDGE